IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TC COMPANY,

    Plaintiff,

vs.                                                  No.   1:23-cv-0514 DLM/JMR

UNITED STATES FOREST SERVICE,

    Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, (*see* Doc. 64), the Court issues its separate judgment disposing of this civil case.

**IT IS THEREFORE ORDERED** that this cause of action is **DISMISSED WITH PREJUDICE** as to Plaintiff's claims regarding Exhibits 1-3 attached to its June 14, 2023 FOIA appeal. (Docs. 1-1 to -4.)

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE